TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00869-CR

James Bradley Warden, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT

NO. 7618, HONORABLE GUILFORD L. JONES III, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

Before Justices Jones, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: April 6, 2000

Do Not Publish